·SAMUEL WELLS, Respondent, *v.* THE CITY OF BROOKLYN, Appellant.

*Wells* v. *City of Brooklyn,* 21 App. Div. 626, affirmed.
(Argued March 22, 1900; decided May 1, 1900.)

APPEAL from a judgment·of the Appellate Division of the Supreme Court in the second judicial department, entered October 28, 1897, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*John Whalen, Corporation Counsel* ( *William J. Carr* of counsel), for appellant.

*Frederick E. Crane* and *James D. Bell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur : PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting, CULLEN, J.